**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

ANGELA SHORTY

        Plaintiff(s),

v.

HOUSING AUTHORITY OF THE COUNTY
OF DEKALB, and DAVID SIEGEL, executive
director, in his official capacity.

        Defendant(s)

Case No.: 26-cv-6062

## NOTICE OF REMOVAL

Defendants, HOUSING AUTHORITY OF THE COUNTY OF DEKALB and DAVID SIEGEL, in his official capacity as Executive Director, by their attorneys, Allie M. Burnet and James E. Barton of Best, Vanderlaan and Harrington, pursuant to 28 U.S.C. §§1331, 1332, 1441 and 1446, seeks to remove to the United States District Court for the Northern District of Illinois, Western Division, the above-styled action, currently pending as Case No. 2026 CH 000009, in the Circuit Court of the Twenty-Third Judicial Circuit, DeKalb County, Illinois. In support of their Notice of Removal, Defendants state as follows:

1.     Defendant seeks to remove this action pursuant to 28 U.S.C. §1441, and in accordance with 28 U.S.C. §1446.

2.     Pursuant to 28 U.S.C. §1446(a), attached hereto as Exhibit A is a copy of the Complaint filed against Defendants in the Circuit Court of the Twenty-Third Judicial Circuit, DeKalb County, Illinois, and captioned therein as *Angela Shorty v. Housing Authority of the County of DeKalb, et. al.,* Case Number 2026 CH 000009.

3.  Pursuant to 28 U.S.C. §1446(b), this Notice of Removal has been filed within thirty

(30) days of service of the Summons and Complaint.

4.      The United States District Court for the Northern District of Illinois, Western Division, is the Federal Judicial District embracing the Circuit Court of the Twenty-Third Judicial Circuit, DeKalb County, Illinois, where this suit was originally filed. Therefore, venue is proper in this Court.

5.      Defendants, Housing Authority of the County of DeKalb and David Siegel, will cause to be issued this Notice of Removal to Plaintiff's counsel of record immediately after filing with the clerk of court for this District. Defendant will further cause to be filed this Notice of Removal with the Circuit Clerk of the Twenty-Third Judicial Circuit, DeKalb County, Illinois, immediately after filing the same with the clerk of this District Court, pursuant to 28 U.S.C. §1446(d).

**BASIS FOR REMOVAL**

6.      If any court has jurisdiction to hear this matter, which is denied by Defendant, then this Court has original jurisdiction over the identified causes of action pursuant to 28 U.S.C. §1331, as Plaintiff has presented a federal question by filing causes of action based solely on federal statutes.

7.      Specifically, Plaintiff's Complaint asserts causes of action pursuant to the Federal Fair Housing Amendments Act of 1988 (*42 U.S.C. §3604(f), et seq.*) and Section 504 of the Rehabilitation Act of 1973 (*29 U.S.C. §794, et. seq.*). Said claims or causes of action are ones of which this Court has original jurisdiction under the provisions of 28 U.S.C. §1331, and are ones which may be removed to this Court by Defendants pursuant to 28 U.S.C. §1441. Defendants may properly remove Plaintiff's Complaint, as the aforesaid causes of action asserted therein "arise under" the Constitution, laws or treaties of the United States.

8.     By filing this notice, Defendants do not waive any defenses, which may be available to either of them, specifically including, but not limited to, improper service of process and the absence of venue in this Court, or in the Court from which this action has been removed.

Respectfully submitted,

**HOUSING AUTHORITY OF THE COUNTY OF DEKALB and DAVID SIEGEL, in his Official Capacity as Executive Director**

 */s/ Allie M. Burnet*

Allie M. Burnet
James E. Barton
**Best, Vanderlaan & Harrington**
200 N. LaSalle Street, Suite 2600
Chicago, IL  60601
(312) 819-1100
eservice@bestfirm.com
aburnet@bestfirm.com
jbarton@bestfirm.com

## CERTIFICATE OF SERVICE

I, the undersigned, state that I caused copies of the foregoing to be served, with enclosures referred to thereon, if any, by **electronic delivery through the Court's filing system and delivery to counsel of record via electronic delivery** to the address(es) of record from 200 N. LaSalle St., Suite 2600, Chicago, Illinois. on the  22nd  day of May 2026.

*/s/ Allie M. Burnet*

3

Re:     Shorty v. Housing Authority of DeKalb
       Court No.:    26-cv-6062
       BVH File:     AHRMA.26300

## ATTORNEY SERVICE LIST

Anne Piron
Prairie State Legal Services, Inc.
31W001 E. North Ave., Suite 200
West Chicago, IL 60185
(630) 690-2130
apiron@pslegal.org
westsuburban@pslegal.org
**Attorney for Plaintiff**